IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DERRICK LEE STOKES

VS.                                          CIVIL ACTION NO.  1:13cv493  KS-MTP

TAMALA BOLTON

## ORDER

This cause is before the Court on Motion for Summary Judgment [41] filed by plaintiff, Derrick Lee Stokes and Report and Recommendation [45] filed by Magistrate Judge Michael T. Parker.  The Court has considered the Report and Recommendation and the record herein and finds that plaintiff has failed to meet his burden of showing that there is no genuine issue of material fact and that he is entitled to a judgment as a matter of law.  For that reason, the Court finds that the Motion for Summary Judgment should be denied and the case will continue to trial.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion for Summary Judgment [41] be and the same is hereby denied.

SO ORDERED this the 4th day of August, 2014.

*s/ Keith Starrett*
UNITED STATES DISTRICT JUDGE